| Prob 22 (Rev 2/88) | **Docket Number (Transferring Court)** CR02-00294Z-002 | |
|---|---|---|
| **TRANSFER OF JURISDICTION** | **Docket Number (Receiving Court)** 4:04CR40018 | |
| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>LE, Thanh Van<br>262 Stafford Street<br>Worcester, MA 01603 | DISTRICT<br>WESTERN WASHINGTON | DIVISION<br>Seattle |
| | NAME OF SENTENCING JUDGE<br>The Honorable Thomas S. Zilly | |
| | DATES OF SUPERVISED RELEASE — FROM 5/21/04 | TO 5/20/06 |

OFFENSE

Conspiracy to Distribute Marijuana

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __WESTERN__ DISTRICT OF __WASHINGTON__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Massachusetts upon the Court's order of acceptance of jurisdiction. The Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 30, 04
DATE

Thomas S. Zilly
SENIOR UNITED STATES DISTRICT JUDGE

* This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF __Massachusetts__

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 16, 2004
DATE

William G. Young
UNITED STATES DISTRICT JUDGE