FILED

2004 SEP -7 P 3: 51

Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

September 4, 2002

BRUCE RIFKIN, Clerk

By _Heather [signature]_ Deputy

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN, Clerk, U. S. District Court, Western District of Washington

_Consuelo O. Ledesma_
Deputy Clerk

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> HUONG VAN DINH and THANH VAN LE, ) <br> Defendants. ) | NO. **CR02 0294Z** <br> INDICTMENT |

CR 02-00294 #00000012

THE GRAND JURY CHARGES THAT:

### COUNT 1

(Conspiracy to Distribute Marijuana)

Beginning at a time unknown, but beginning in or about July 2002 and continuing through on or about August 24, 2002, within the Western District of Washington and elsewhere, HUONG VAN DINH and THANH VAN LE knowingly and intentionally did conspire to distribute marijuana, a substance controlled under Schedule I, Title 21, United States Code, Section 812

The Grand Jury further charges that this offense involved 50 kilograms or more of marijuana

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

Indictment/Dinh and Le 1

## COUNT 2
(Possession of Marijuana with Intent to Distribute)

On or about August 24, 2002, within the Western District of Washington, HUONG VAN DINH and THANH VAN LE knowingly and intentionally did possess, and did aid and abet each other in possessing, with intent to distribute, marijuana, a Schedule I controlled substance.

The Grand Jury further charges that this offense was committed during and in furtherance of the conspiracy charged in Count I above.

The Grand Jury further charges that this offense involved 50 kilograms or more of marijuana.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

A TRUE BILL

DATED. September 4, 2002

_____
FOREPERSON

_____
JOHN McKAY
United States Attorney

_____
SUSAN HARRISON
Assistant United States Attorney

_____
KATHERYN KIM FRIERSON
Assistant United States Attorney

Indictment/Dinh and Le 2

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970