AO 245B (Rev  8/96) Sheet 1 - Judgment in a Criminal Case   (USAO 06/99)

CR 02 00294 #00000058

# UNITED STATES D
## Western District of

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

UNITED STATES OF AMERICA

V

Case Number· CR02-0294Z-2

THANH VAN LE

Howard Ratner
Defendant's Attorney

FILED ____ ENTERED
LODGED ____ RECEIVED

APR 1 1 2003

AT SEATTLE
CLERK U S  DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

THE DEFENDANT

__X__ pleaded guilty to a  one count  of the Indictment on November 21, 2002

____ pleaded nolo contendere to count(s) _____
which was accepted by the court

____ was found guilty on count(s) _____
after a plea of not guilty

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U S C  §§ 841(a)(1), 841(b)(1)(C) and 846 | Conspiracy to Distribute Marijuana | 8/24/2002 | 1 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment  The sentence is imposed pursuant to the Sentencing Reform Act of 1984

____ The defendant has been found not guilty on count(s) _____

__X__ Count  2  is dismissed on the motion of the United States

I hereby attest and certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U. S. District Court
Western District of Washington
By _____
Deputy Clerk

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid

Defendant's Soc Sec No  01466-0685

Defendant's Date of Birth  January 5, 1942

Defendant's USM No  32121-086

Defendant's Residence Address
262 Stafford Street
Worcester, MA  01603

Defendant's Mailing Address

FDC SEATAC

Katheryn K. Frierson
Assistant United States Attorney

April 11, 2003
Date of Imposition of Sentence

Signature of Judicial Officer

THE HONORABLE THOMAS S  ZILLY
United States District Judge
Name & Title of Judicial Officer

april 11, 2003
Date

AO 245B (Rev 8/96) Sheet 2 - Imprisonment (USAO 06/99)                    Judgment--Page _2_ of _6_

Defendant. THANH VAN LE

Case Number. CR02-0294Z-2

# IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _____ *24 months* _____

__✓__   The court makes the following recommendations to the Bureau of Prisons:

*Placement at FMC Devens Camp*

__X__   The defendant is remanded to the custody of the United States Marshal

__   The defendant shall surrender to the United States Marshal for this district

__ at ___ a m /p m on _____
__ as notified by the United States Marshal

__   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

__ before 2 p m on _____
__ as notified by the United States Marshal
__ as notified by the Probation or Pretrial Services Office

# RETURN

I have executed this judgment as follows·

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy

of this judgment

_____
United States Marshal

By   _____
Deputy U S  Marshal

AO 245B (Rev. 8/96) Sheet 3 - Supervised Release (USAO 06/99)

Judgment--Page __3__ of _6_

Defendant  THANH VAN LE
Case Number  CR02-0294Z-2

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of _____
__TWO (2) YEARS__

    The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

    The defendant shall not commit another federal, state, or local crime.

    The defendant shall not illegally possess a controlled substance

***For offenses committed on or after September 13, 1994:***

___    The defendant shall refrain from any unlawful use of a controlled substance  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

___    The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse  (Check if applicable.)

___    The defendant shall not possess a firearm as defined in 18 U.S.C. § 921  (Check if applicable )

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below)  The defendant shall also comply with the additional conditions on the attached page (if indicated below).

## SEE ATTACHED SPECIAL CONDITIONS OF SUPERVISION

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer,
2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month,
3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer,
4)   the defendant shall support his or her dependents and meet other family responsibilities,
5)   the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons,
6)   the defendant shall notify the probation officer 10 days prior to any change in residence or employment,
7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance  or any paraphernalia related to any controlled substance, except as prescribed by a physician,
8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered,
9)   the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer,
10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer,
11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer,
12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court,
13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement

AO 245B (Rev. 8/96) Sheet 3 - Supervised Release (USAO 06/99)

Judgment--Page 4 of 6

Defendant   THANH VAN LE
Case Number   CR02-0294Z-2

# ADDITIONAL SUPERVISED RELEASE TERMS

1.   The defendant shall be prohibited from possessing a firearm or destructive device as defined in 18 U.S.C § 921

2.   The defendant shall submit to mandatory drug testing pursuant to 18 U.S.C § 3563(a)(5) and 18 U.S.C. § 3583(d)      YES __X__  NO _____

3.   The defendant shall submit to a search of his person, residence, office, property, storage unit, or vehicle conducted in a reasonable manner and at a reasonable time by a probation officer.

4.   The defendant shall provide his probation officer with access to any requested financial information, including authorization to conduct credit checks and obtain copies of defendant's Federal Income Tax Returns

5.   The defendant shall be prohibited from incurring new credit charges or opening additional lines of credit without approval of defendant's U.S. Probation Officer.

AO 245B (Rev. 8/96) Sheet 5, Part A - Criminal Monetary Penalties (USAO 06/99)

Defendant  THANH VAN LE
Case Number  CR02-0294Z-2

Judgment--Page _5_ of _6_

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS:** | $100 | $ waived | $n/a |

____  If applicable, restitution amount ordered pursuant to plea agreement    $ _____

## FINE

_X_  **The Court finds that the defendant is financially unable and is unlikely to become able to pay a fine and, accordingly, the imposition of a fine is waived.**

The above fine includes costs of incarceration and/or supervision in the amount of $ _____

## RESTITUTION

___  The determination of restitution is deferred until _____  An Amended Judgment in a Criminal Case will be entered after such determination

___  The defendant shall make restitution to the following payees in the amounts listed below

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| **Totals:** | $ _____ | $ _____ | |

## INTEREST ON FINES AND RESTITUTION

The defendant shall pay interest on any fine or restitution of more than $2,500 00, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U S C  § 3612(f)  All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U S C  § 3612(g)

___ The court has determined that the defendant does not have the ability to pay interest on any fine and/or restitution, and it is ordered that
___ The interest requirement is waived
___ The interest requirement is modified as follows

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996



Defendant  THANH VAN LE
Case Number  CR02-0294Z-2

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order  (1) assessment, (2) restitution, (3) fine principal, (4) cost of prosecution; (5) interest, (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows

A **XX**        in full immediately, or

B ___        $ _____ immediately, balance due (in accordance with C, D, or E), or

C ___        not later than _____, or

D ___        in installments to commence ___ day(s) after the date of this judgment   In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate, or

E ___        in _____ *(e g , equal, weekly, monthly, quarterly)* installments of $ ____ over a period of ___ year(s) to commence ____ day(s) after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed

Special instructions regarding the payment of criminal monetary penalties

___        MAKE CHECK(S) FOR ALL CRIMINAL MONETARY PENALTIES, INCLUDING SPECIAL ASSESSMENTS, FINES, AND RESTITUTION, PAYABLE TO

United States District Court Clerk, Western District of Washington

For restitution payments, the Court is to forward money received to the addresses on page _____ of this judgment

___        The defendant shall pay the cost of prosecution

___        The defendant shall forfeit the defendant's interest in the following property to the United States

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment   All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States Attorney