```
RUN ON 08/27/04                FEDERAL COURT SYSTEMS                      PAGE: 1
                              WEST. DIST. OF WASHINGTON
                                CASE INQUIRY REPORT

******************************************************************************

CASE NO: 2:02-CR-0294-2    TITLE: USA VS THANH VAN LE

   DEFENDANT #                ORDERED AMOUNT   AMOUNT PAID   BALANCE DUE   ACCOUNT   PAYMENT TYPE
2  LE, THANH VAN                  100.00          100.00         0.00       504100   SPECIAL ASSESSMENT
                                  -------         -------        -------
                                  100.00          100.00         0.00

********** CASE SUMMARY **********

TOTAL CASE BALANCE:                 0.00

BALANCE IN U.S. TREASURY:
CASE DEPOSITORY MAINT. BALANCE :                                              0.00
BALANCE IN COMMERCIAL BANKS:
CASE DEPOSITORY MAINT. BALANCE :                                              0.00
DEPOSITS TO RECEIPT ACCOUNTS:                                                 0.00

TYPE OF TRANSACTION:
AD: ADJUSTMENT-388800       AJ: ADJUSTMENT         BV: BANK VOUCHER      CH: CASH
BD: DIRECT BANK DEPOSIT     BT: BANK TRANSFER      CC: CREDIT CARD       CR: CASE REFUND
CK: CHECK                   CL: COLLATERAL         CN: CONVERSION        FF: FORFEITURE
CV: CASE VOUCHER            DW: DIRECT WITHDRAWL   DV: DEBIT VOUCHER     VD: VOID
I : INTEREST                MO: MONEY ORDER        TR: TRANSFER
```

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court, Western District of Washington
By _____ Deputy Clerk

Case is archived.